UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES ANTHONY,

    Plaintiff,

v.                                          CASE NO. 5:18cv255-MCR-MJF

WILLIAM CHURCHWELL, et al.,

    Defendants.

                                         /

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 20, 2019. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of all timely filed objections, ECF No. 5.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2. The Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is **DENIED**.

3. This case is **DISMISSED**, pursuant to 28 U.S.C. § 1915(g) without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee.

4. The Clerk of Court is directed to close the case file.

**DONE AND ORDERED** this 11th day of July 2019.

s/*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**